PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CLARISA MENDEZ, on behalf of minor L.A.L., <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Commissioner of Social Security, <br><br> Defendant. | Case No. 1:17-cv-00092-SKO <br><br> STIPULATION AND ORDER FOR REMAND <br><br> (Doc. 15) |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the opinion evidence. The Appeals Council will instruct the ALJ to take further action, as necessary, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: October 3, 2017　　　　By: _/s/ Melissa Newel*_
　　　　　　　　　　　　　　　　MELISSA NEWEL
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　(* By e-mail authorization on 10/03/17)

Dated: October 3, 2017　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　By: _/s/ Donna W. Anderson_
　　　　　　　　　　　　　　　　DONNA W. ANDERSON
　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation for Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation for Remand") (Doc. 15), and for cause shown, IT IS ORDERED that the above-captioned action be REMANDED to the

Commissioner of Social Security for further administrative proceedings consistent with the terms of the Stipulation for Remand.

The Clerk of the Court is hereby DIRECTED to (1) enter judgment in favor of Plaintiff Clarisa Mendez, on behalf of minor L.A.L., and against Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and (2) administratively close this file.

IT IS SO ORDERED.

Dated: **October 4, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE